B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **RCC NORTH LLC**
Debtor(s)

Case No. **2:10-bk-11078-SSC**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACS JANITORIAL<br>5717 E. THOMAS ROAD<br>SUITE 2<br>SCOTTSDALE, AZ 85251 | ACS JANITORIAL<br>5717 E. THOMAS ROAD<br>SUITE 2<br>SCOTTSDALE, AZ 85251 | | | 3,560.22 |
| ALLIANCE PLUMBING SERVICE & REPAIR<br>219 S. WILLIAM DILLARD DR.<br>SUITE 113<br>GILBERT, AZ 85233 | ALLIANCE PLUMBING SERVICE & REPAIR<br>219 S. WILLIAM DILLARD DR.<br>SUITE 113<br>GILBERT, AZ 85233 | | | 697.54 |
| APS<br>P O BOX 53933 STA. 3200<br>PHOENIX, AZ 85072-3933 | APS<br>P O BOX 53933 STA. 3200<br>PHOENIX, AZ 85072-3933 | | | 36,751.69 |
| ARIZONA DEPARTMENT OF REVENUE<br>P O BOX 29010<br>PHOENIX, AZ 85038-9010 | ARIZONA DEPARTMENT OF REVENUE<br>P O BOX 29010<br>PHOENIX, AZ 85038-9010 | Sales Tax | | 624.17 |
| BE COOL REFRIGERATION LLC<br>8840 W. TURNEY AVE.<br>PHOENIX, AZ 85037 | BE COOL REFRIGERATION LLC<br>8840 W. TURNEY AVE.<br>PHOENIX, AZ 85037 | | | 726.00 |
| BURCH AND CRACCHIOLO P.A.<br>P O BOX 16882<br>PHOENIX, AZ 85011 | BURCH AND CRACCHIOLO P.A.<br>P O BOX 16882<br>PHOENIX, AZ 85011 | | | 1,628.00 |
| BURNS PEST ELIMINATION<br>2620 W. GROVER<br>PHOENIX, AZ 85053 | BURNS PEST ELIMINATION<br>2620 W. GROVER<br>PHOENIX, AZ 85053 | | | 1,134.00 |
| CARETAKERS BUILDING MAINTENANCE<br>5730 SOUTH 32ND STREET<br>PHOENIX, AZ 85040-3833 | CARETAKERS BUILDING MAINTENANCE<br>5730 SOUTH 32ND STREET<br>PHOENIX, AZ 85040-3833 | | | 6,515.82 |
| CAVAN MANAGEMENT COMPANY<br>15333 N. PIMA RD.<br>SUITE 305<br>SCOTTSDALE, AZ 85260 | CAVAN MANAGEMENT COMPANY<br>15333 N. PIMA RD.<br>SUITE 305<br>SCOTTSDALE, AZ 85260 | | | 610.66 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CITY OF SCOTTSDALE<br>P O BOX 1949<br>SCOTTSDAL, AZ 85252-1949 | CITY OF SCOTTSDALE<br>P O BOX 1949<br>SCOTTSDAL, AZ 85252-1949 | Sales Tax | | 2,059.76 |
| CITY OF SCOTTSDALE<br>P O BOX 1300<br>SCOTTSDALE, AZ 85252 | CITY OF SCOTTSDALE<br>P O BOX 1300<br>SCOTTSDALE, AZ 85252 | | | 1,644.17 |
| CLIMATES BUILDING TECHNOLOGIES GROUP<br>2851 W. KATHLEEN ROAD<br>PHOENIX, AZ 85053 | CLIMATES BUILDING TECHNOLOGIES GROUP<br>2851 W. KATHLEEN ROAD<br>PHOENIX, AZ 85053 | | | 582.84 |
| CREATIVE DESIGN FLOORING INC.<br>7891 E. MCCLAIN DR., #105<br>SCOTTSDALE, AZ 85260-1675 | CREATIVE DESIGN FLOORING INC.<br>7891 E. MCCLAIN DR., #105<br>SCOTTSDALE, AZ 85260-1675 | | | 6,582.13 |
| DB WATER TECHNOLOGIES<br>P O BOX 13637<br>TEMPE, AZ 85284 | DB WATER TECHNOLOGIES<br>P O BOX 13637<br>TEMPE, AZ 85284 | | | 1,069.20 |
| EYE LEVEL HOLDINGS, LLC<br>15111 N. PIMA ROAD<br>SUITE 200<br>SCOTTSDALE, AZ 85260 | EYE LEVEL HOLDINGS, LLC<br>15111 N. PIMA ROAD<br>SUITE 200<br>SCOTTSDALE, AZ 85260 | | | 130,346.00 |
| MAXIMUM QUALITY LANDSCAPE, LLC<br>12390 W. SOLEDAD STREET<br>EL MIRAGE, AZ 85335 | MAXIMUM QUALITY LANDSCAPE, LLC<br>12390 W. SOLEDAD STREET<br>EL MIRAGE, AZ 85335 | | | 3,153.39 |
| PHOENIX DESIGN ONE INC.<br>80 E. RIO SALAD PARKWAY<br>SUITE 101<br>TEMPE, AZ 85281 | PHOENIX DESIGN ONE INC.<br>80 E. RIO SALAD PARKWAY<br>SUITE 101<br>TEMPE, AZ 85281 | | | 300.00 |
| SUNSTATE SWEEPING<br>P O BOX 18301<br>PHOENIX, AZ 85005-8301 | SUNSTATE SWEEPING<br>P O BOX 18301<br>PHOENIX, AZ 85005-8301 | | | 480.00 |
| THYSSENKRUPP ELEVATOR<br>P O BOX 933004<br>ATLANTA, GA 31193-3004 | THYSSENKRUPP ELEVATOR<br>P O BOX 933004<br>ATLANTA, GA 31193-3004 | | | 613.48 |
| VARIOUS TENANT DEPOSITS WILL SUPPLEMENT | VARIOUS TENANT DEPOSITS WILL SUPPLEMENT | | Contingent<br>Unliquidated | 212,592.86 |

B4 (Official Form 4) (12/07) - Cont.

In re **RCC NORTH LLC**
Debtor(s)

Case No. **2:10-bk-11078-SSC**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the SOLE MEMBER OF MANAGING MEMBER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 13, 2010**  Signature **/s/ DAVID V. CAVAN**
**DAVID V. CAVAN**
**SOLE MEMBER OF MANAGING MEMBER**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.