# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RCC NORTH LLC |
| **Case Number:** | 2:10-bk-11078-SSC    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 02, 2010 02:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matter:

HEARING ON DEBTOR'S DISCLOSURE STATEMENT

**R / M #:**   67 / 0

### Appearances:

JOHN HEBERT, ATTORNEY FOR RCC NORTH LLC
RICHARD LORENZEN, ATTORNEY FOR U.S. BANK

### Proceedings:

Mr. Hebert goes over the objection and states that there is a 14 million dollar difference in calculating the claim. Mr. Lorenzen addresses the disclosure issues and feels a lack of communication from the debtor.

COURT: THE COURT OUTLINES WITH MR. HEBERT THE AMENDMENTS THAT HE WILL MAKE TO THE DISCLOSURE STATEMENT. IT IS ORDERED THAT MR. HEBERT WILL HAVE THE DEBTOR'S FINANCIAL PROJECTIONS TO MR. LORENZEN BY OCTOBER 4, 2010. IT IS FURTHER ORDERED THAT MR. LORENZEN SHALL MAKE HIS 111B ELECTION BY OCTOBER 11, 2010.