SIGNED.

Dated: October 18, 2010

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RCC NORTH, LLC,<br><br>          Debtor. | Chapter 11<br><br>Case No.: 2:10-bk-11078-SSC |
| US BANK, N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2006-C1, Commercial Mortgage Pass-Through Certificates, Series 2006-C1,<br><br>          Movant,<br><br>vs.<br><br>RCC NORTH, LLC,<br><br>          Respondent. | **ORDER GRANTING MOTION FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Property Description:<br>   Raintree Corporate Center One and Two, 5111 North Pima Road, Scottsdale, Maricopa County, Arizona 85260 |

      US Bank, N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2006-C1, Commercial Mortgage Pass-Through Certificates, Series 2006-C1 ("US Bank"), having filed its *Motion for Expedited Hearing on Motion for Relief from the Automatic Stay*, the court having considered said Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED granting the Motion and setting a hearing on U.S. Bank's request for expedited relief from the stay for the  20th  day of  October , 2010 at  10:00  o'clock, at 230 North First Avenue, 7th Floor, Phoenix, Arizona 85003-1706, Court Room 701.  U.S. Bank shall provide notice of this hearing to the Debtor, the U.S. Trustee, and any other party having filed a request for notice in this case.

**DATED AND SIGNED ABOVE.**