**SIGNED.**

**Dated: November 17, 2010**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RCC NORTH, LLC<br>          Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-11078-SSC<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD TO OBTAIN VOTES FOR PLAN OF REORGANIZATION** |

Upon consideration of RCC North, LLC's ("Debtor") "Motion to Extend Exclusivity Period to Obtain Votes for Plan of Reorganization" (the "Motion") and the "Certificate of Service and No Objections" ("Certificate"); it appearing that the Motion has been duly and properly noticed and no written objections thereto having been filed; and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The Debtor's exclusive period within which it may obtain votes on its proposed plan of reorganization, granted to the Debtor pursuant to 11 U.S.C. § 1121, is hereby extended through and including December 11, 2010.

3. The Debtor may seek a further extension of the exclusivity period by filing a motion to extend such period on or prior to December 11, 2010.

DATED:_____

_____
The Honorable Sarah Sharer Curley
United States Bankruptcy Judge

2763285.1

1