John J. Hebert (#010633)
Mark W. Roth (#010708)
Philip R. Rudd (#014026)
**POLSINELLI SHUGHART PC**
CityScape Plaza
One E. Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jhebert@polsinelli.com
E-Mail: mroth@polsinelli.com
E-Mail: prudd@polsinelli.com

*Attorneys for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RCC NORTH, LLC<br>　　　　　Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-11078-SSC<br><br>**PLAN PROPONENT'S BALLOT REPORT PURSUANT TO LOCAL RULE 3018-1** |

RCC North, LLC, debtor and debtor-in-possession ("Debtor"), by and through counsel undersigned, hereby submits the following ballot report and pre-confirmation summary pursuant to Local Rule 3018-1 for the Debtor's Amended Plan of Reorganization dated October 12, 2010 (the "Plan").

Classes 1-A, 1-B and 1-C are unimpaired. Of the remaining 8 classes, __ have voted to accept the Debtor's Plan of Reorganization.

**I.　　PLAN CONFIRMATION AND VOTING:**

　　**A.　　Priority Claims**

　　　　**Class 1-A** consists of Allowed Priority Claims under 11 U.S.C. § 503 and § 507(a)(2) (Administrative claims).

　　　　　　1.　　Unimpaired.

　　　　　　2.　　No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f).

1

**Class 1-B** consists of Allowed Priority Claims under 11 U.S.C. § 507(a)(3) (Wage Claims).

    1.    Unimpaired

    2.    No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f).

**Class 1-C** consists of Allowed Priority Claims under 11 U.S.C. § 507(a)(8) (Tax Claims).

    1.    Unimpaired

    2.    No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f).

**B.** **Secured Claims**

**Class 2-A** consists of the Allowed Secured Claim of U.S. Bank.

    1.    Impaired.

    2.    Vote – Reject (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 0 | 0% | 0.00 | 0% |
| Reject - 1 | 100% | Principal - $57,385,721.16<br>Interest - $12,872,304.65<br>$70,258,025.81 | 100% |

**Class 2-B** consists of the Allowed Secured Claim of Maricopa County for real property taxes.

    1.    Impaired.

    2.    Vote – No ballot cast.

**Class 2-C** consists of the Allowed Secured Claim of Fennemore Craig.

    1.    Impaired.

    2.    Vote – No ballot cast.

2765453.1

**Class 2-D** consists of the Allowed Secured Claim of Larson Allen.

1. Impaired.
2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 1 | 100% | $3,941.56 | 100% |
| Reject – 0 | 0% | 0.00 | 0% |

**C.**   **Allowed Claim of Eye Level Holdings**

**Class 3** consists of the Allowed Claim of Eye Level Holdings relating to the Debtor's obligation to reimburse Eye Level Holdings relating to the Debtor's obligation to reimburse Eye Level Holdings for tenant improvements made to Eye Level Holdings' leased premises.

1. Impaired.
2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 1 | 100% | $130,346.00 | 100% |
| Reject - 0 | 0% | 0.00 | 0% |

**D.**   **Tenant Security Deposits**

**Class 4** consists of the Allowed Claims by tenants for the return of tenant security deposits held by the Debtor.

1. Impaired.
2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 13 | 100% | $134,718.65 | 100% |
| Reject - 0 | 0% | $0.00 | 0% |

2765453.1

E. **Unsecured Claims**

**Class 5** consists of the Allowed Unsecured Claims of Creditors not otherwise treated in the Plan.

1. Impaired.
2. Vote – Reject (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept - 0 | 0% | 0.00 | 0% |
| Reject - 1 | 100% | Unspecified | Unspecified |

F. **Interest Holders**

**Class 6** consists of all Allowed Interests of Interest Holders.

1. Impaired.
2. Vote – No ballot cast.

## II. OBJECTIONS TO THE PLAN

Debtor has received one objection to the Plan. The objection was filed by U.S. Bank, N.A. Accordingly, the Debtor intends to proceed with confirmation of the Plan pursuant to 11 U.S.C. § 1129(b).

DATED: December 2, 2010.

POLSINELLI SHUGHART PC

By: _____
John J. Hebert
Mark W. Roth
Philip R. Rudd
CityScape Plaza
One E. Washington, Suite 1200
Phoenix, AZ 85004

Attorneys for the Debtor

4

2765453.1

| | | |
|---|---|---|
| 1 | **COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") | |
| 2 | on December 2, 2010, to: | |
| 3 | U.S. TRUSTEE'S OFFICE | Richard Lorenzen * rlorenzen@perkinscoie.com |
| 4 | 230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003 | PERKINS COIE BROWN & BAIN, P.A.<br>2901 N. Central Ave., Suite 2000<br>Phoenix, AZ 85012-2788 |

By: _Mary Engel_

5

2765453.1