# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RCC NORTH LLC |
| **Case Number:** | 2:10-bk-11078-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 04, 2011 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) **ADV: 2-10-01209**
   **U.S. BANK, N.A., as Trustee for the Regi vs CAVAN MANAGEMENT SERVICES, LLC**
   RULE 7016 CONFERENCE RE RECOVERY MONEY OR PROPERTY
   **R / M #:**   12 / 0

2) 7016 CONFERENCE ON REMAINING LEGAL ISSUES RE CONFIRMATION
   **R / M #:**   120 / 0

## Appearances:

PHILIP R. RUDD & JOHN HEBERT, ATTORNEYS FOR RCC NORTH LLC
RICHARD M. LORENZEN, ATTORNEY FOR U.S. BANK, N.A., AS TRUSTEE FOR THE REGI
MICHAEL R. WALKER, ATTORNEY FOR CAVAN MANAGEMENT SERVICES, LLC

## Proceedings:

1) Mr. Lorenzen states that there is an oral argument set on this matter for June 2, 2011 at 1:30 p.m.

COURT: THE COURT NOTES THAT ORAL ARGUMENT WILL BE HEARD ON JUNE 2, 2011 AT 1:30 P.M.

2) Mr. Lorenzen asked the court to deny the debtor's plan and let him proceed with stay relief. Mr. Hebert states that he has filed commitment letters with the court and expects to the money. Parties agree to vacate the May 9th date for the joint pre trial statement, and the May 18th date for the final pre trial conference.

COURT: IT IS ORDERED SETTING A ONE DAY TRIAL ON THE CONFIRMATION ISSUES FOR JUNE 27, 2011 AT 10:00 A.M. MR. HEBERT SHALL HAVE HIS MONEY ON DEPOSIT AT THAT TIME.